FIRST DEPARTMENT, JUNE, 1968

(June 4, 1968)

THE PEOPLE OF THE STATE OF NEW YORK v. ROY C. BROWN.— Motion granted to the extent of amending the remittitur to recite the following: " Upon the appeal herein there were presented, and necessarily passed upon, questions under the Constitution of the United States, viz.: Appellant contended that his rights under the Sixth and Fourteenth Amendments of the United States Constitution were violated. The Appellate Division held that there was no violation of appellant's rights." Concur — Botein, P. J., Steuer, Capozzoli, McGivern and McNally, JJ.